UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------------------------x

MARTA HANYZKIEWICZ, on behalf
of herself and all others similarly situated

Civil Action No:
1:22-cv-4216

Plaintiff,

-v.-

LOTTE HOTEL NEW YORK PALACE, LLC

Defendants.

--------------------------------------------------------------------------

### JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, Marta Hanyzkiewicz, and the Defendant, Lotte Hotel New York Palace, LLC, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** January 23, 2023

| For Plaintiff Marta Hanyzkiewicz | For   Defendant Lotte Hotel New York Palace, LLC |
|---|---|
| *s/Mark Rozenberg* <br> Mark Rozenberg <br> Stein Saks, PLLC <br> One University Plaza <br> Hackensack, NJ 07601 <br> Ph: (201) 282-6500 <br> mrozenberg@steinsakslegal.com | *s/Alicia Valenti* <br> Alicia Valenti <br> Paduano & Weintraub LLP <br> 1251 Ave of the Americas 9th Floor <br> New York, NY 10020 <br> Ph: (212) 785-9100 <br> ae@pwlawyers.com |

## CERTIFICATE OF SERVICE

I certify that on January 23, 2023, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Mark Rozenberg*
Mark Rozenberg
**Stein Saks, PLLC**
*Attorneys for Plaintiff*

So Ordered,

/s/(ARR)

Allyne R. Ross, U.S.D.J.
1/24/23